UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CRIMINAL ACTION NO. C-07-164 |
| § | |
| BULMARO BENAVIDES, JR.; aka § | |
| BULMARO BENAVIDEZ, JR., § | |
| § | |
| Defendant. § | |

### ORDER ALLOWING WITHDRAWAL OF OBJECTIONS

The Court hereby enters its Order Allowing Withdrawal of Objections (D.E. 34) without prejudice to file objections ten (10) days prior to sentencing in this cause.

SIGNED AND ORDERED this 1st day of October, 2007.

_____
Janis Graham Jack
United States District Judge

1 / 1