UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-07-164-1 |
| | § | |
| BULMARO BENAVIDES JR. | § | |

## ORDER

THIS COURT, having considered Defendant's Motion for Substitution of Counsel, Local Rule 2 and applicable case law, finds and it is ordered that Defendant's motion is hereby **GRANTED**.

SIGNED and ORDERED this 25th day of October, 2007

_____
Janis Graham Jack
United States District Judge